UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

-FILED-

OCT 03 2012

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CAUSE NO. 2:12CR 141 |
| v. | ) | |
| | ) | 26 U.S.C. § 7206(1) |
| | ) | |
| MANUEL MONTALVO | ) | |

### INDICTMENT

THE GRAND JURY CHARGES:

COUNT ONE
(Filing a False Tax Return)

On or about March 15, 2010, in the Northern District of Indiana, the defendant,

**MANUEL MONTALVO**,

did willfully make and file with the Internal Revenue Service a false United States Individual Income Tax Return, Form 1040, jointly with his wife for the taxable year ended December 31, 2009, which he signed and subscribed on or about February 16, 2010, and which was verified by a written declaration that it was made under the penalties of perjury, and which said Income Tax Return he did not believe to be true and correct as to every material matter in that it claimed unreimbursed medical and dental expenses of $17,063 and unreimbursed employee expenses of $23,082 whereas, as he then and there well knew and believed, both deductions were substantially less than reported.

In violation of Title 26, United States Code, Section 7206(1).

1

THE GRAND JURY FURTHER CHARGES:

## COUNT TWO
(Filing a False Tax Return)

On or about March 21, 2011, in the Northern District of Indiana, the defendant,

**MANUEL MONTALVO,**

did willfully make and file with the Internal Revenue Service a false United States Individual Income Tax Return, Form 1040, jointly with his wife for the taxable year ended December 31, 2010, which he signed and subscribed on or about February 15, 2011, and which was verified by a written declaration that it was made under the penalties of perjury, and which said Income Tax Return he did not believe to be true and correct as to every material matter in that it claimed unreimbursed medical and dental expenses of $15,850 and unreimbursed employee expenses of $24,582 whereas, as he then and there well knew and believed, both deductions were substantially less than reported.

In violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL:

S/Foreperson
FOREPERSON

DAVID CAPP
UNITED STATES ATTORNEY

By:   S/Gary T. Bell
      Gary T. Bell
      Assistant United States Attorney
      Attorney # 15370-53