-FILED-

OCT 0 4 2012

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cause No. 2:12 CR 141 |
| ) | |
| ) | **UNDER SEAL** |
| MANUEL MONTALVO  ) | |

## MOTION TO UNSEAL

The United States of America by its attorney, David Capp, United States Attorney for the Northern District of Indiana, moves this Honorable Court for an order UNSEALING the Indictment and the entire court file in the above-captioned cause.

Respectfully submitted,

DAVID CAPP
UNITED STATES ATTORNEY

By: _____
Gary T. Bell
Assistant United States Attorney
United States Attorney's Office
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
(219) 937-5500
Fax: (219) 852-2770